1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MATTHEW C. BOCKMON, #161566
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Telephone: (916) 498-5700

5   Attorneys for Defendant
    MICHAEL TAMBLIN
6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )   No. 2:16-mj-047 AC
                                   )
11           Plaintiff,            )   STIPULATION AND [~~PROPOSED~~]
                                   )   ORDER TO CONTINUE
12       v.                        )   PRELIMINARY HEARING
                                   )
13  MICHAEL TAMBLIN,               )   Date:   May 6, 2016
                                   )   Time:   2:00 p.m.
14           Defendants.           )   Judge:  Hon. Edmund F. Brennan
                                   )
15  _____ )

16

17          Plaintiff United States of America, by and through its attorney of record,

18  Assistant United States Attorney SHERRY D. HARTEL HAUS, and defendant

19  Michael W. Tamblin, both individually and by and through his counsel of record,

20  Matthew Bockm0n, hereby stipulate as follows:

21          1. On February 22, 2016, the Complaint in this case was filed, and defendant

22  first appeared before a judicial officer of the Court in which the charges in this case

23  were pending. The court set a preliminary hearing date of March 7, 2016.

24          2. By stipulation on March 1, 2016, the parties jointly moved for an

25  extension of time of the preliminary hearing date to March 18, 2016, at 2:00 p.m.,

26  before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of

27  Criminal Procedure, which motion was granted by the Court.

28

3. By stipulation on March 16, 2016, the parties jointly moved for an extension of time of the preliminary hearing date to April 22 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, which motion was granted by the Court.

4. By stipulation on April 21, 2016, the parties jointly moved for an extension of time of the preliminary hearing date to May 6, 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, which motion was granted by the Court.

5. By this stipulation, the parties jointly move for further extension of time of the preliminary hearing date to May 27, 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1        6. The parties agree that good cause exists for the extension of time, and that

2    the extension of time would not adversely affect the public interest in the prompt

3    disposition of criminal cases. Therefore, the parties request that the time between

4    March 7, 2016, and May 27, 2016, be excluded pursuant to 18 U.S.C. §

5    3161(h)(7)(B)(iv), Local Code T-4.

6                                      Respectfully submitted,

7    DATED: May 5, 2016             HEATHER E. WILLIAMS

8                                      Federal Defender

9

10                                     */s/ Matthew C. Bockmon*
                                       MATTHEW C. BOCKMON

11                                     Assistant Federal Defender
                                       Attorney for MICHAEL TAMBLIN

12

13   DATED: May 5, 2016             PHILLIP A. TALBERT
                                       Interim United States Attorney

14

15                                     */s/ Sherry Haus*
                                       SHERRY HAUS

16                                     Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## **O R D E R**

3

     Finding good cause, the Court orders the preliminary hearing continued to

4

May 27, at 2:00 p.m., before the Hon. Carolyn K. Delaney; and, time excluded for

5

the reasons set forth above.  The Court finds that the ends of justice served by

6

granting the defendant's request for a continuance outweigh the interest of the

7

public and the defendant in a speedy trial.

8

DATED: May 6, 2016

9

10

                     HON. EDMUND F. BRENNAN

11

                     United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28